UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>     vs.<br><br>JOHN DOE subscriber assigned IP address 104.220.49.218,<br><br>                Defendant. | Case No.: 2:23-cv-01187-TLN-CKD<br><br>ORDER ON STIPULATION TO SEEK A PROTECTIVE ORDER AGAINST OR MOVE TO QUASH A SUBPOENA |

Defendant's deadline to seek a protective order against, or move to quash, the subpoena issued to Wave Broadband/Wave Division Holdings is extended to August 24, 2023.

IT IS SO ORDERED.

Dated: August 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,stri.1187

1